JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CORREA, | Case No. CV 17-6878-JVS (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge, and the Report and Recommendation of United States Magistrate Judge.

Dated: March 20, 2019

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE